IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE DIGITAL MILLENNIUM | ) | |
| COPYRIGHT ACT SECTION 512(h) | ) | CASE NO. _____ |
| SUBPOENA TO EBAY, INC. | ) | |

**APPLICATION FOR CLERK'S ISSUANCE OF A
SUBPOENA TO EBAY, INC. PURSUANT TO 17 U.S.C. § 512(h)**

Spectrum Brands. Inc. and United Pet Group, Inc. (collectively, "Spectrum") respectfully requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), issue a subpoena upon eBay, Inc. for documents and information that identifies the name, address, and contact information for the seller entitled "itisyourdeal" on eBay.com. That account has been used to post materials that are the subject of a DMCA notice of alleged infringement submitted by Spectrum on August 21, 2025. A copy of the notice is attached as **Exhibit 1**. A copy of the proposed subpoena is attached as **Exhibit 2**. A copy of a sworn declaration by my colleague Marc Trachtenberg in support of issuing the subpoena is attached as **Exhibit 3**.

Dated: August 22, 2025                                                 GREENBERG TRAURIG, LLP

                                                                          */s/ Barry R. Horwitz*

                                                                          Barry R. Horwitz
                                                                          GREENBERG TRAURIG LLP
                                                                          360 N. Green Street, Suite 3100
                                                                          Chicago, IL 60601
                                                                          horwitzb@gtlaw.com
                                                                          T: (312) 456 8454
                                                                          F: (312) 456 8435

                                                                          Attorney for *Spectrum Brands, Inc.
                                                                          and United Pet Group, Inc.*