# EXHIBIT 1

## Notice of Claimed Infringement

Intellectual Property (IP) Owner Name: Spectrum Brands, Inc. through United Pet Group, Inc.

*Reporter Information* – All required except as noted

Name and Title: Marc H. Trachtenberg, Shareholder

Company Name (if different than IP Owner Name): Greenberg Traurig, LLP

Mailing Address: 360 North Green St., Chicago, IL 60607

Email Address (for communication with eBay) trachtenbergm@gtlaw.com

Email Address (for communication with sellers) trachtenbergm@gtlaw.com

Phone Number: +1.3124561020    Website (optional): https://www.gtlaw.com

*Declaration*

I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.

Signature: *[signed]* Marc Trachtenberg

Date: 8/21/2025

*Allegedly Infringing Material*

Allegedly Infringing Item Number(s)/Product URL(s):
https://www.ebay.com/itm/135573890868
https://www.ebay.com/itm/135675533925

Reason Code (select only ONE from list on page 2): 4.3

Description of why you believe listing(s) infringes your rights: Spectrum, through its subsidiary United Pet owns copyright in the Furminator paw logo and also the product packaging for the Furminator product. The referenced listings use the Furminator paw logo and Furminator product packaging without permission and in violation of Spectrum's rights

Registration information and jurisdiction of applicable intellectual property right: The furminator product packagnig is the subject of US Copyright Registration # VA 1-935-205

Case: 1:25-cv-10081 Document #: 1-1 Filed: 08/22/25 Page 3 of 5 PageID #:4

*Allegedly Infringing Material Cont.*

Allegedly Infringing Item Number(s)/Product URL(s): _____

_____

_____

_____

Reason Code (select only ONE from list on page 2): _____

Description of why you believe listing(s) infringes your rights: _____

_____

_____

Registration information and jurisdiction of applicable intellectual property right: _____

_____

*\*\*Additional items and reason codes can be reported on a separate page using the format above.*

## Reason Codes

**Trademark – *item* infringement**
   1.1 Item(s) is a counterfeit product which infringes a trademark (*provide trademark registration information*).

**Trademark – *listing content* infringement**
   2.1 Listing(s) contains unlawful use of trademark (*provide trademark registration information*).

**Copyright – *item* infringement**
   3.1 Software is offered for sale in violation of an enforceable license agreement (*eBay will not process reports seeking to prohibit the sale of genuine unopened software*).
   3.2 Item(s) is a counterfeit product which infringes a copyright.

**Copyright – *listing content* infringement**
   4.1 Listing(s) contains unlawful copy of copyrighted text.
   4.2 Listing(s) contains unlawful copy of copyrighted image.
   4.3 Listing(s) contains unlawful copy of copyrighted image and text.

**Other infringement**
   5.1 Item(s) infringes a valid and enforceable patent (*provide a copy of the relevant court order and the patent registration information*).
   5.2 Item(s) infringes a registered design right (*available in Europe, Asia, Australia, and New Zealand only - provide design right registration information*).
   5.3 Item(s) violates a celebrity's right of publicity (*available in US only*).
   5.4 Listing(s) content violates a celebrity's right of publicity (*available in US only*).
   5.5 Store name or User ID infringes on a trademark (*put user ID or Store URL in 'Item Number' field and provide trademark registration information*).

   6.1 Other – please detail in "**Description of why you believe listing(s) infringes your rights**" field.

Please note that eBay does not process reports to enforce selective distribution agreements, M.A.P. policies, and contractual disputes.

Case: 1:25-cv-10081 Document #: 1-1 Filed: 08/22/25 Page 5 of 5 PageID #:6

Case: 1:25-cv-10081 Document #: 1-1 Filed: 08/22/25 Page 5 of 5 PageID #:6