# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM ) | |
| COPYRIGHT ACT SECTION 512(h) ) | CASE NO. _____ |
| SUBPOENA TO EBAY, INC. ) | |

**DECLARATION OF MARC TRACHTENBERG IN SUPPORT OF APPLICATION FOR CLERK'S ISSUANCE OF A SUBPOENA TO EBAY, INC. PURSUANT TO 17 U.S.C. § 512(h)**

I, Marc Trachtenberg, declare as follows:

1. I am a Shareholder at Greenberg Traurig, LLP and counsel for Spectrum Brands. Inc. and United Pet Group, Inc. (collectively, "Spectrum"). I make this declaration in support of in support of Spectrum's request for the clerk of the Northern District of Illinois to issue the subpoena attached hereto, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto.

2. I am duly authorized by Spectrum to make this request on Spectrum's behalf.

3. Spectrum (through United Pet Group, Inc.) is the sole copyright owner of the following artwork ("Spectrum's Artwork"):



1





4. On August 21, 2025, I submitted to eBay, Inc. ("eBay") the DMCA Notice of Alleged Infringement attached to the application for the requested subpoena ("DMCA Notice") pursuant to 17 U.S.C. Section 512(C)(3)(A) regarding unauthorized copies of Spectrum's Artwork by the following seller on eBay: itisyourdeal (the "Infringing Seller").

5. The DCMA Notice was submitted by email to vero@ebay.com as directed by eBay on its website at https://pages.ebay.com/vero/.

6. Spectrum now seeks a subpoena to obtain the identity and contact information for the Infringing Seller described in the DMCA Notice pursuant to 17 U.S.C. Section 512(h), which information will only be used for the purpose of protecting Spectrum's copyright and other IP rights.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that I have a good faith belief that the foregoing is true and correct.

Executed on August 22, 2025.

GREENBERG TRAURIG, LLP

By: _____
Marc H. Trachtenberg