# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

In re Digital Millennium Copyright Act Section 512(H) Subpoena to EBay, Inc., et al.

                Plaintiff,

v.

Case No.: 1:25−cv−10081

Honorable Sunil R. Harjani

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

    MINUTE entry before the Honorable Young B. Kim: Spectrum Brands. Inc.'s and United Pet Group, Inc.'s ("Petitioners") application for a subpoena [1] is granted. Having reviewed the application and its supporting materials, this court finds that the notification satisfies the provisions of 17 U.S.C. § 512(c)(3)(A), the proposed subpoena to be served on eBay, Inc. ("Respondent") is in proper form, and the accompanying declaration is properly executed in compliance with the statute. Accordingly, this court directs the clerk of the court to sign and issue the proposed subpoena (R. 1−2) forthwith. This court also authorizes Petitioners' attorneys to execute, issue, and serve the proposed subpoena on the Respondent with a compliance date that is not less than 14 calendar days from the date of issuance if they wish to exercise this option without further notice to the court or court action. All matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the presiding District Judge. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.